IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CATRELL FORD**                                                                                     **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 2:24-cv-188-TBM-RPM**

**JONES LOGISTICS, LLC**                                           **DEFENDANT**

## ORDER

This matter came before the Court on the Defendant Jones Logistics, LLC, Motion to Dismiss [9]. At the hearing conducted on August 14, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

For all of the reasons stated at the hearing:

IT IS ORDERED AND ADJUDGED that Defendant Jones Logistics, LLC, Motion to Dismiss [9] is DENIED.

**SO ORDERED AND ADJUDGED**, the 14th day of August, 2025.

                                                                         TAYLOR B. McNEEL
                                                                   UNITED STATES DISTRICT JUDGE